# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1002

_____

ROY GENE SPAULDING JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari – Original Jurisdiction.

December 11, 2025

PER CURIAM.

DENIED.

RAY, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Roy Gene Spaulding Jr., pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee; Dan Johnson, General Counsel, and Shirtrina Niquita Roberts, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.